

# NUMBER 13-16-00592-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PLAINSCAPITAL BANK

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Order

Relator PlainsCapital Bank filed a petition for writ of mandamus and motion for temporary relief in the above cause on October 28, 2016. Through this original proceeding, relator seeks to direct the trial court to: (1) vacate its September 29, 2016 order and October 21, 2016 amended order granting a notice of sale and request for partial release of lien; and (2) sign an order granting relator's motion to dismiss the underlying lawsuit for lack of subject matter jurisdiction. Through its motion for temporary relief, relator seeks to stay the September 29, 2016 and October 21, 2016 orders pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that the motion should be granted. The motion for temporary relief is GRANTED and the trial court's orders of September 29, 2016 and October 21, 2016 are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Blanca E. Gonzalez, Jose S. Rodriguez, and ODP Management, L.L.C., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
31st day of October, 2016.